CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 30 2014

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JAMES DARNELL FORD, | CASE NO. 7:13CV00482 |
| Petitioner, | |
| v. | FINAL ORDER |
| DIRECTOR, VA. DEPT. OF CORR., | By: Hon. Glen E. Conrad |
| | Chief United States District Judge |
| Respondent. | |

This habeas corpus action is before the court upon the report and recommendation of the United States Magistrate Judge, prepared pursuant to 28 U.S.C. § 636(b). The magistrate judge has recommended that the respondent's motion to dismiss be granted and that the petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, be dismissed. The magistrate judge concludes that the petitioner's claims are without merit and recommends that the § 2254 petition be dismissed in its entirety. The fourteen days allotted under § 636(b) for parties to object to the findings and recommendations in the magistrate judge's report have expired, and neither party has filed objections. Accordingly, it is hereby

## ADJUDGED AND ORDERED

that the report and recommendation of the magistrate judge shall be and hereby is ADOPTED in its entirety; the respondent's motion to dismiss (ECF No. 4) is GRANTED; the petition for a writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED; and this action is hereby stricken from the active docket of the court.

Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

The Clerk is directed to send copies of this final order to the petitioner and counsel of record for the respondent.

ENTER: This 30th day of September, 2014.

*/s/ Jay Conrad*
Chief United States District Judge